**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1464**

———————

In re:  KRISTIN ANN TKACH-PELGRIM,

            Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland at Baltimore.    (1:25-cr-00282-BAH-1)

———————

Submitted:  July 16, 2026                                    Decided:  July 21, 2026

———————

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Kristin Ann Tkach-Pelgrim, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristin Tkach-Pelgrim petitions for a writ of mandamus seeking an order directing the district court to (1) conduct a detention review hearing and release her on her own recognizance, (2) enforce its competency order and facilitate her transfer for a competency evaluation or dismiss the competency proceedings, and (3) conduct a *Faretta* hearing to determine if she is competent to stand trial and represent herself. She also seeks an order finding her pretrial detention unlawful under 28 U.S.C. § 2241. We conclude that Tkach-Pelgrim is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [she] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). Here, the district court denied Tkach-Pelgrim's petition for habeas corpus pursuant to 28 U.S.C. § 2241 and her request for immediate release, and she did not appeal. Moreover, Tkach-Pelgrim's competency evaluation has now been completed. We therefore conclude that the relief sought by Tkach-Pelgrim is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*